### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES LLC d/b/a GENESIS DIAGNOSTICS, | : : : | |
| Plaintiff, | : : | Civil Action |
| v. | : : | No. 24-441 |
| TRANSPORTATION INSURANCE COMPANY, INC. | : : : | |
| Defendant. | : : | |

## ORDER

AND NOW, this 6th day of August, 2024, upon consideration of Defendant's Motion to Strike Amended Complaint (*Second*) (ECF No. 18), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED** and Plaintiff's Amended Complaint (*Second*) (ECF No. 15) is **STRICKEN** for the reasons stated in this Court's accompanying Memorandum.

2. Plaintiff shall have fourteen (14) days from the entry of this Order to file an Amended Complaint. Plaintiff is encouraged to consider the reasoning contained in the Court's accompanying Memorandum. Should Plaintiff choose not to file an Amended Complaint, the Court will interpret this as an intention to stand on its First Amended Complaint (ECF No. 9).

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**